UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HENRY TANYIKE | : | Case No. 3:21-cv-00311 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | STIPULATION OF DISMISSAL |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

Plaintiff Henry Tanyike and Defendant United States hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Respectfully submitted on July 21, 2023.

Attorney for Plaintiff(s):

s/ Jeremy Jong
Jeremy J. Jong (NJ066472014)*
Al Otro Lado
Attorney for Plaintiff
3511 Banks Street
New Orleans, LA 70119
Tel.: (504) 475-6728
Fax: (619)345-4693
Email: jeremy@alotrolado.org

Brian Hoffman
OCSILiO: The Ohio Center for
Strategic Immigration Litigation & Outreach
P.O. Box 181247
Cleveland Heights, OH 44118

Attorney for Defendant(s):

KENNETH L. PARKER
United States Attorney

s/ Margaret Castro
MARGARET A. CASTRO (0078968)
Assistant United States Attorney
Attorney for Defendant
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6972
E-mail: Margaret.Castro@usdoj.gov

Telephone: 330-539-3932
Fax: 330-362-2134
E-mail: brian@ocsilio.org

*admitted pro hac vice

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on July 21, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

MARGARET A. CASTRO
Assistant United States Attorney
221 East Fourth Street, Suite 400
E-mail: Margaret.Castro@usdoj.gov

                                             *s/ Jeremy Jong*
                                             Jeremy Jong